# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

__Michael Anthony Hadley__  WP

vs

(Full name of defendant(s))

__MELISSA WITTWER__

Case Number:

__25-cv-1046-jdp__

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of ____Illinois____ and resides at
    (State)

    __217 So. Moore St. 61080__
    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.   Defendant __MELISSA WITTWER__
                                                                      (Name)

is (if a person or private corporation) a citizen of ___WISCONSIN___
                                                                      (State, if known)
and (if a person) resides at ___ROCK COUNTY___
                                                                      (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for ___ROCK COUNTY CHILD SUPPORT SERVICES___
                                                          (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

---

# #1 MELISSA WITTWER

## #2 officious intermeddling causing Loss of Consortium

### #3 May 2024

### #4 ROCK COUNTY WISCONSIN

#5 The motive was to stop me from being able to seek Justice in Court

---

Attachment One (Complaint) – 2

Michael-Anthony of the Family Hadley
C/o 217 S. Moore St.
Republic of Illinois South Beloit
Non Domestic Real Land North America

**ATTN: MELISSA WITTWER-EDWARDS**

**Notary Section**

45 C.F.R. § 302.34 Contractual Agent
- Administrative Office of the

**TITLE IV-D STAND ALONE AGENCY**

<u>RE</u>: HADLEY MICHAEL A.
ID @ SSN XXX-XX-3130
IV-D Security Interest # 2007PA000005PJ

**Notice of Termination of Involuntary Participation**

**December 17th 2025**

      You, MELISSA WITTWER-EDWARDS, director of the IV-D agency operating in this State, by due process of law are herein served with this order requiring you to terminate my involuntary participation in the IV-D program based on the following facts:

1.    MELISSA, "Although state participation in the Social Security Act itself is mandatory, participation by a state in the IV-D program is voluntary." *Wehunt v. Ledbetter*, 875 F.2d 1558, 1563 (11th Cir. 1989). The Constitution provides that government was created to be a benefit, security, and protection of Article I Sec. 1 people, deriving it's just powers from the consent of the governed. Therefore I do not consent to voluntarily participate in the IV-D program.

2.    MELISSA, Article I Sec. 1 requires the termination of my involuntary participation based on the blatant error in the identity of the noncustodial parent that is subject to the provision of 42 U.S.C. § 666, and my identity provided by Article I Sec. 1 as a Genesis 1;26 man by nature equally free and independent.

1

3      MELISSA, now that you are fully aware that this mistake of fact and error in my identity are now encroaching upon my 1st, 4th, 5th, 7th, 13th, and 14th Amendment rights so secured, your failure to act when there is a constitutional duty to act will result in your legal nonfeasance by not doing something which you ought to do, furthering the encroachment of my inalienable rights, significant financial losses, and emotional distress. MELISSA, on the factual basis that I am not a non-custodial parent, as director of the IV-D agency operating [in] this state, within the executive branch, you are authorized to terminate my involuntary participation administratively pursuant to 45 C.F.R. § 303.11(a) the IV-D agency shall establish a system for case closure; (b) the IV-D agency may elect to close a case if the case meets at least one of the following criteria: (7), the noncustodial parent's location is unknown. You are fully aware that this administrative termination of my involuntary participation does not have to be filed with the court clerk nor await the signature of a judge.

4.     MELISSA, the constitution positively identifies me as a Genesis 1;26 man, by nature equally free and independent from whom ALL factions of any government in exercise of just powers requires my consent. I am not a non-custodial parent identified as property that has no rights. The constitution and the C.F.R. compels you as an officer within the executive branch as the benefit, security and protection of me and my rights, to terminate my involuntary participation in the program pertaining to IV-D Case No. 2007PA000005PJ, including zero dollar amount of arrears, reinstatement of driver's licenses, removal from my credit history; and issue me a refund of $25,000.00 in full at 6% interest 72 hours after receipt of this notice.

**Warning**

MELISSA, pursuant to 42 U.S.C. § 659(a) Consent to enforcement provides that you are performing under IV-D as a Sec. (i)(4) private person who does not have sovereign or other special immunity or privilege which causes you not to be subject to legal process. Therefore MELISSA, failure to terminate my involuntary participation in the IV-D program will result in a 42 U.S.C. § 1983 action against you.

*Michael Anthony Hadley* wp
_____
Michael-Anthony of the Family Hadley

2

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want un-enrollment of the voluntary State program

Reinstatement of all licensing

Restitution from Loss of Consortium and Loss of wages

Dear your Honor please see as referred attached affidavit

Attachment One (Complaint) – 4

E.  JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
   OR
☐ Court Trial – I want a judge to hear my case

Dated this __17th__ day of __December__ 20_25_.

Respectfully Submitted,

**_Michael Anthony Hadley_** (MP)
Signature of Plaintiff

__608-289-5239__
Plaintiff's Telephone Number

__Senioranthony37@gmail.com__
Plaintiff's Email Address

__217 So. Moore St So. Beloit Illinois 61080__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

State of Texas
County of Harris

This instrument was acknowledged before me by means of an interactive two-way audio and video communication on 01/26/2025 by Michael Anthony Hadley.

*Kristina Marie Ford* (signature)

Kristina Marie Ford
ID NUMBER
13202153-2
COMMISSION EXPIRES
May 21, 2027

Notary Public, State of Texas
Electronically signed and notarized online using the Proof platform.

3